IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **WESTFIELD INSURANCE COMPANY**<br>**PLAINTIFF**<br><br>v.<br><br>**MIDEA AMERICA CORP.**<br>**DEFENDANT** | CIVIL ACTION NO.:<br>5:24-cv-00127-BJB |

### STIPULATION OF DISMISSAL

**AND NOW**, this 2nd day of May 2025, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed by and among Plaintiff, Westfield Insurance Company and Defendant, Midea America Corp., by and through their undersigned counsel, that this matter is **DISMISSED WITH PREJUDICE** and that each party shall bear its own costs and attorney fees.

        **de LUCA LEVINE, LLC**

      By: ___*Matthew Connolly*___
        Matthew Connolly, Esquire
        (admitted pro hac vice)
        de Luca Levine, LLC
        301 E. Germantown Pike, 3rd Floor
        East Norriton, PA 19401
        Ph. 215-383-0081
        F. 215-383-0082
        mconnolly@delucalevine.com

        Ashley K. Brown
        Ward, Hocker & Thornton, PLLC
        Vine Center
        333 West Vine Street, Suite 1100
        Lexington, KY 40507
        859-422-6000
        859-422-6001
        ABrown@whtlaw.com
        Attorney for Plaintiff,
Dated: 5/02/2025      Westfield Insurance Company

**LITCHFIELD CAVO**

By: *Cole Dunnick*
Cole Dunnick, Esquire
Litchfield Cavo
303 West Madison Street, Suite 300
Chicago, IL  60606
Dunnick@LitchfieldCavo.com

*Thomas Kerrick*
Thomas N. Kerrick, Esquire
Lucas H. C. Wetton, Esquire
Kerrick Bachert PSC
1411 Scottsville Road
Bowling Green, KY  42102-9547
tkerrick@kerricklaw.com
lwetton@kerricklaw.com
Counsel for Defendant,
Midea America Corp.

Dated:  5/02/2025